# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-425
LT Case No. 10-2016-CF-493

_____

DEREK COLLINS,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

January 23, 2024

PER CURIAM.

 AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____